NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

MAY 17 2017

FOR THE NINTH CIRCUIT

AHADI ABU-AL MUHAMMAD, AKA
Onofre Tommy Serrano,

          Plaintiff-Appellant,

  v.

CITY OF LONG BEACH; et al.,

          Defendants-Appellees.

No. 16-55730

D.C. No. 2:13-cv-00208-AB-PLA

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Andre Birotte, Jr., District Judge, Presiding

Submitted May 8, 2017[**]

Before:    REINHARDT, LEAVY, and NGUYEN, Circuit Judges.

    Ahadi Abu-al Muhammad, a.k.a Onofre Tommy Serrano, appeals pro se

from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging

various claims stemming from his arrest and detainment.  We have jurisdiction

under 28 U.S.C. § 1291.  We review de novo.  *Resnick v. Hayes*, 213 F.3d 443, 447

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(9th Cir. 2000) (dismissal under 28 U.S.C. § 1915A); *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order) (dismissal under 28 U.S.C. § 1915(e)(2)). We reverse and remand.

Dismissal of Muhammad's action was premature because the allegations that Muhammad was stopped and arrested based on Muhammad's race, liberally construed, are "sufficient to warrant ordering [defendants] to file an answer." *Wilhelm v. Rotman*, 680 F.3d 1113, 1116 (9th Cir. 2012). We reverse the judgment and remand for further proceedings.

**REVERSED and REMANDED.**